# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00685-JLT-SAB<br><br>ORDER VACATING APRIL 12, 2023 HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>(ECF No. 18) |

On March 16, 2023, Plaintiff filed a notice of motion to compel discovery. (ECF No. 18.) The hearing on the motion was originally set for April 12, 2023. The notice indicates that the motion "is based upon this Notice of Motion and Motion, the Joint Statement Re: Discvoery Disagreement to be filed, and any other documents prepared and filed in accordance with Civil Local Rule 251." (Id. at 1–2.)

Pursuant to Local Rule 251, a hearing on any discovery motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45 requires the parties' joint statement regarding the discovery disagreement to be filed at least fourteen (14) days before the scheduling hearing date. E.D. Cal. L.R. 251(a) (Eff. Mar. 1. 2022). If the joint statement is not timely filed, the hearing may be dropped form the calendar without prejudice. Id. Plaintiff's motion to compel is currently set for hearing on April 12, 2023. Accordingly, the parties' joint statement was due by

1

March 29, 2023. No statement, however, was filed.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel production (ECF No. 18) set for April 12, 2023, at 10:00 a.m. in Courtroom 9, is DROPPED from calendar pursuant to Local Rule 251, without prejudice to the parties refiling notice of a new hearing date and submitting a joint statement in compliance with the Local Rules.

IT IS SO ORDERED.

Dated: __**March 30, 2023**__

UNITED STATES MAGISTRATE JUDGE

2