# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA DAVIS,<br><br>             Plaintiff,<br><br>      v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>             Defendant. | Case No.  1:22-CV-0685-JLT-SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 26) |

The Court conducted a settlement conference in this action on August 28, 2023, and the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **September 1, 2023**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE