# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA DAVIS,<br><br>       Plaintiff,<br><br>   v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>       Defendant. | Case No.  1:22-cv-00685-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 47) |

On September 21, 2023, the parties filed a stipulation dismissing this action with prejudice and with each party to bear its own costs and fees.  (ECF No. 47.)  In light of the stipulation of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

     Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **September 22, 2023**

_____
UNITED STATES MAGISTRATE JUDGE